IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL JERMAINE JONES,

              Plaintiff,

   v.                                                             ORDER

AUSTIN OTTO, KEVIN DOE,                                  25-cv-30-jdp
and CAPTAIN JOHNSON,

              Defendants.

---

The court held a telephonic preliminary pretrial conference in this case on August 7, 2025. Plaintiff Michael Jermaine Jones is representing himself and appeared without a lawyer. Defendants Austin Otto and Captain Johnson were represented by Assistant Attorney General Rebecca Paulson. Defendant Kevin Doe has not been identified or served, and has yet to appear in this lawsuit.

In addition to setting the case schedule, which was issued in a separate order, the court addressed plaintiff's letter regarding concerns about his complaint, Dkt. 9, and his letter regarding his personal safety, Dkt. 10. Regarding his complaint, plaintiff claims that it has been tampered with and requests a copy, as well as a copy of the complaint filed in the now-closed Case No. 24-cv-613-jdp.[1] As a courtesy to plaintiff, the court will grant his request just this once and send him copies of the two complaints as well as a copy of the docket sheet in this case for his review. Going forward, plaintiff must request copies of court filings from the

---

[1] The court received a motion to reopen Case No. 24-cv-613-jdp on November 23, 2024. Dkt. 10 in Case No. 24-cv-613-jdp. Plaintiff claims he did not file this motion. Regardless, the motion was denied on April 30, 2025, and the court waived plaintiff's obligation to pay the filing fee in that case. Dkt. 13 in Case No. 24-cv-613-jdp. As a courtesy, the court will send plaintiff copies of these two filings as well.

clerk's office. Plaintiff must notify the court of any inaccuracies in the complaint, and re-file any missing submissions, by October 30, 2025.

The court also addressed plaintiff's concerns about his personal safety. In light of defense counsel's update from plaintiff's institution on that issue, Dkt. 17, the court will take no further action at this time. The court explained to plaintiff that this lawsuit concerns alleged events at the Wisconsin Resource Center. Plaintiff is now at a different institution, so if he would like to pursue claims based on alleged events at his current institution, he will need to exhaust his administrative remedies there and then file a new lawsuit. *See De Beers Consol. Mines v. United States*, 325 U.S. 212, 220 (1945) (injunctive relief is improper if "it deals with a matter laying wholly outside the issues in the suit"); *see also George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007) (unrelated claims against different defendants belong in different suits).

Plaintiff may also contact a PREA reporter or local law enforcement if he continues to feel unsafe. The court is including with this order copies of pages 10 and 11 of the Wisconsin Department of Corrections Inmate PREA Education Handbook, which provides different ways to report sexual abuse both inside and outside plaintiff's institution. Plaintiff's institution is in Columbia County, so plaintiff can contact local law enforcement by contacting the Columbia Country Sheriff's Office by writing to: Sheriff Administration Office, P.O. Box 132, Portage, WI 53901, or calling (608) 742-4166.

ORDER

IT IS ORDERED that:

1. Plaintiff's motion for copies, Dkt. 9, is GRANTED.

2. The court will take no action on plaintiff's letter regarding his personal safety, Dkt. 10.

Entered August 8, 2025.

BY THE COURT:

/s/

_____
ANITA MARIE BOOR
Magistrate Judge